IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK


FRANK J. POVOSKI, Jr. ,
                          Plaintiff,
       v
THOMAS LAVALLEY, et al.,          Case No.       9:11-CV-0120   (DNH/DEP)


                 Defendants.      **ORDER REFERRING CASE TO PRISONER**
---------------------------------------/      **MEDIATION PROGRAM**

FRANK J. POVOSKI, Jr. ,
                          Plaintiff,      Case No.       9:14-CV-0097   (LEK/CFH)
       v
STEVEN LACY, et al.,
                 Defendants.

Plaintiff, **FRANK J. POVOSKI, Jr.  DIN 05-B-2531** a New York prisoner confined

at Great Meadow Correctional Facility  filed these pro se civil rights complaints pursuant to 42 USC

§ 1983.

       Good cause appearing, the instant cases shall be referred to the NYND Prisoner

Mediation Program. A mediation hearing shall take place at the United States District Court,  Albany

NY with all interested parties and/or their representatives at 11:00am on July 17, 2014,  before

United States Magistrate Judge Christian F. Hummel.

       For the foregoing reasons and for good cause shown,

       1.       The cases are hereby referred to the NYND Prisoner Mediation Program.

IT IS SO ORDERED.

                          _____
                          Gary L. Sharpe
                          Chief U.S. District Judge

Dated : June 24, 2014